KRISTIN ZILBERSTEIN, ESQ. (200041)
JENNIFER BERGH, ESQ. (305219)
THE LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Office: (949) 427-2010
Fax: (949) 427-2732
Email:kzilberstein@ghidottilaw.com

Attorneys for Creditor
Deutsche Bank National Trust Company,
as Certificate trustee on Behalf of Bosco Credit
II Trust Series 2010-1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| In re: | ) Case No.: 18-01740-LA13 |
| | ) |
| Margarito Vasquez Sanchez, | ) MRG-1 |
| | ) |
| Debtors. | ) Chapter 13 |
| | ) |
| | ) OBJECTION TO CONFIRMATION OF |
| | ) DEBTOR'S PLAN |
| | ) |
| | ) |
| | ) |
| | ) Property: 1287 Avenida Amistad, San Marcos, |
| | ) CA 92069 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) The Honorable Judge Louise DeCarl Adler |

1  TO THE HONORABLE JUDGE LOUISE DECARL ADLER, UNITED STATES

2  BANKRUPTCY JUDGE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE

3  CHAPTER 13 TRUSTEE, DAVID L SKELTON:

4     Deutsche Bank National Trust Company, as Certificate trustee on Behalf of Bosco Credit

5  II Trust Series 2010-1, ("**Creditor**"), a secured creditor of the above-named Debtors hereby

6  objects to the confirmation of Debtors' Chapter 13 Plan (the "**Plan**") on the grounds that the Plan

7  does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with

8  other applicable provisions of said Title 11.

9     This objecting Creditor holds a deed of trust on the Debtor's real  property commonly

10  described as 1287 Avenida Amistad, San Marcos, CA 92069 (the "**Property**"), which is Debtors'

11  principal residence.  Creditor is entitled to receive payments pursuant to a Promissory Note

12  which is secured by a Deed of Trust on the subject property commonly known as 1287 Avenida

13  Amistad, San Marcos, CA 92069. As of 3/27/18, the approximate amount in default was

14  $239,181.78, as described in the Proof of Claim filed by Creditor; Creditor files this Objection to

15  protect its interests.

16                                         **I**

17                                  **ARGUMENT**

18     Application of the provisions of *11 United States Code Section 1325* determines when a Plan

19  shall be confirmed by the Court.   Based on the foregoing, as more fully detailed below, the Plan

20  cannot be confirmed as proposed because the Plan does not comply with the provisions of

21  Chapter 13 of the United States Bankruptcy Code.

22     **A.  IMPERMISSIBLY MODIFIES CREDITOR'S RIGHTS**
       11 U.S.C. §1322(b)(2)

23

24

The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is Debtors' principal residence in violation of 11 U.S.C. §1322(b)(2) by: (1) not providing for cure of Creditor's arrears and (2) not providing for ongoing payments to Creditor. The Debtors' Plan does not provide for Creditor in any arrears in one section and specifically excludes creditor from the plan entirely in another. The Debtors must tender payments to Creditor and provide for the cure of Creditor's arrears.

/ / /

/ / /

/ / /

## B. **DOES NOT MEET FULL VALUE REQUIREMENT**
### 11 U.S.C. §1325(a)(5)(B)(ii)

The Debtors' Plan does not provide for cure of the pre-petition arrears owed to Creditor. The pre-petition arrears owed to Creditor are no less than approximately $239,181.78. Debtors' Plan does not provide for payment of any arrears owed to Creditor. Accordingly, Debtors will be required to amend their Plan to fully provide for the pre-petition arrears owed to Creditor. Since Debtors' Plan does not provide for cure of the default of the pre-petition arrears owed to Creditor, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii).

## C. **PROMPT CURE OF PRE-PETITION ARREARS**
### 11 U.S.C. §1322 (d)

The pre-petition arrears owed to Creditor are no less than approximately $239,181.78. In order to cure the Creditor's pre-petition arrears in thirty six (36) months as proposed, Debtor's monthly plan payment to Creditor must total no less than $6643.94. Debtors' Plan does not

1  provide for payment of Creditor's arrears in any amount.  Therefore, Debtors' Plan fails to

2  provide for prompt cure of Creditor's pre-petition arrears.

3        WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

4        a.   The Plan be denied confirmation and the case be dismissed.

5  DATED:  May 11, 2018          THE LAW OFFICES OF MICHELLE GHIDOTTI

6

7        By: /s/ Kristin Zilberstein Esq._____
      Kristin Zilberstein, Esq.
      Attorney for National Note Equities, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Deutsche Bank National Trust Company,
as Certificate Trustee on Behalf of Bosco
Credit II Trust Series 2010-1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 18-01740-LA13 |
| Margarito Vasquez Sanchez, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

     I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

     I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On May 11, 2018 I served the following documents described as:

- **PROOF OF CLAIM**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Margarito Vasquez Sanchez | David L. Skelton |
| 1287 Avenida Amistad | 525 B St., Suite 1430 |
| San Marcos, CA 92069 | San Diego, CA 92101-4507 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Maria J. Nunez | United States Trustee |
| Nunez Law Corporation | Office of the U.S. Trustee |
| 1350 Columbia Street, Suite 500 | 880 Front Street |
| San Diego, CA 92101 | Suite 3230 |
| | San Diego, CA 92101 |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 11, 2018 at Santa Ana, California

_/s / Jeremy Romero_
Jeremy Romero

CERTIFICATE OF SERVICE