David L. Speckman, SBN 178180
SPECKMAN LAW FIRM
1350 Columbia St., Suite 503
San Diego, CA 92101
T: 619-696-5151

Attorney for Debtor(s)

United States Bankruptcy Court
Southern District of California

In Re:

MARGARITO VASQUEZ SANCHEZ

Debtor(s)

Bankruptcy No: 18-01740-LA13

Hearing Date: August 8, 2018

Hearing Time: 10:00 AM

Hearing Dept: 2

# PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

## Chapter 13 Plan Modification Dated: 08/01/2018

The Chapter 13 Plan dated 07/03/2018 , shall be modified as follows:

☐ Plan payment Debtor pays to the Trustee is increased to $_____.

☐ The dividend paid to unsecured creditors is increased to _____ %.

☐ The allowed secured claim of _____ in Plan Paragraph _____ shall be paid _____ % annual percentage rate of interest.

☐ The filed and allowed unsecured claims shall be paid _____ % annual percentage rate of interest.

☐ Part 2.6 of Debtor's Amended Chapter 13 Plan dated July 3, 2018 is here by amended to read: "The total amount of estimated payments to the trustee provided for in Sections 2.1 through 2.5 is $9,576.00"

☐ Part 9 of Debtor's Amended Chapter 13 Plan dated July 3, 2018 is hereby amended to read: "Debtor intends to sell his real property located at 1287 Avenida Amistad, San Marcos, CA 92069, which sale shall be completed no later than April 3, 2019, subject to prior court approval."

Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.

Acknowledged and Agreed:

X_____          Dated: 8/1/18
Debtor(s) or Debtor(s) Attorney
(By signing, attorney represents he/she is authorized to sign on behalf of client )

X_____          Dated: 8/1/18
Chapter 13 Trustee/Trustee's Attorney