TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:      MARGARITO VASQUEZ SANCHEZ
Number:      18-01740-LA13

Hearing:     10:00 AM   Wednesday, August 22, 2018

Motion:      OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN    FILED BY MICHELLE GHIDOTTI OF THE LAW OFFICES OF MICHELLE GHIDOTTI ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1. (Fr 8/8/18)

This is a continued hearing on the objection to plan confirmation filed by Deutsche Bank. At the prior hearing held 8/8/18, this Court inadvertently overlooked creditor's objection after Trustee had withdrawn his objection to plan confirmation. There is no case status report filed by either party. Court unable to post tentative ruling.