David L. Speckman, Esq., SBN 178180
**SPECKMAN LAW FIRM**
1350 Columbia Street, Suite 503
SpeckmanAndAssociates@gmail.com
San Diego, CA 92101
Telephone: (619) 696-5151
Facsimile: (619) 696-5196

Attorney for Debtor MARGARITO VASQUEZ SANCHEZ

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MARGARITO VASQUEZ SANCHEZ,<br>Debtor | Case No. 18-01740-LA13<br>Chapter 13<br>**DEBTOR'S STATEMENT OF CASE STATUS RE DEUTSCHE BANK NATIONAL TRUST COMPANY'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE**<br>DATE: November 14, 2018<br>TIME: 10:00AM<br>DEPT.: 2 |

Debtor MARGARITO VASQUEZ SANCHEZ ("Debtor") does respectfully submit the following Statement of Case Status re Deutsche Bank National Trust Company's Objection to Confirmation of Chapter 13 Plan ("Motion").

Debtor has been approved for a loan modification. Debtor should be in a position to file a motion seeking approval of the same by the end of the month.

Respectfully submitted,

Date: November 7, 2018   /s/ David L. Speckman
David L Speckman, Esq.
Counsel for Debtor