# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MARGARITO VASQUEZ SANCHEZ |
| **Case Number:** | 18-01740-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 14, 2018 10:00 AM    DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | TESS BOBIS |
| **Reporter / ECR:** | TRISH CALLIHAN |

*Matter:*

    OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE. FILED BY MICHELLE GHIDOTTI ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY

*Appearances:*

    APPEARANCES EXCUSED

*Disposition:*

    Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.