# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | MARGARITO VASQUEZ SANCHEZ |
| **Case Number:** | 18-01740-LA13     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 12, 2018 10:00 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | TESS BOBIS |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN.  FILED BY MICHELLE GHIDOTTI  ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY (fr 11/14/18)

### Appearances:

DAVID L. SPECKMAN, ATTORNEY FOR MARGARITO  VASQUEZ SANCHEZ
RICHARD STEVENSON, ATTORNEY FOR DAVID SKELTON, TRUSTEE
THOMAS GORRILL, DEUTSCHE BANK

### Disposition:

Hearing Continued to 12/20/18 at 2:00 pm . Tentative ruling to carry over.