Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave
Santa Ana, CA 92705

Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottilaw.com

Attorney for Secured Creditor
Franklin Credit Management Corporation as servicer
for Deutsche Bank National Trust Company,
as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| In Re:<br><br>MARGARITO VASQUEZ SANCHEZ<br><br>    Debtor. | CASE NO.: **18-01740-LA13**<br><br>CHAPTER 13<br><br>RS No.: AT-1<br><br>**SUPPLIMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><br><br>Judge: Judge Louise DeCarl Adler |

I, Gina D'Elia _____, declare and state as follows:

1.    I am over the age of eighteen years and not a party to this action.  The facts set for the below are known to me personally based upon the review of the business records and I have first-hand knowledge of them.  If called as a witness, I could and would testify competently under oath to such facts.

2.    I am an employee of Franklin Credit Management Corporation ("Franklin" herein), which services the subject loan on behalf of Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 ("Secured Creditor" herein) and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor and the subject Bankruptcy case.

3.    I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained.  Those records are obtained, prepared, and maintained by employees or agents of Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon.  The records are made either by persons with knowledge of the matters they record or from information obtained by person with such knowledge.  It is my business practice to maintain these records in the regular course of business.

4.    Secured Creditor and Franklin have been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings where appropriate.  All activities on the loan advanced by Secured Creditor were advanced in accordance with the terms of the Note, Deed of Trust, and Forebearance/Modification Change of Terms Agreement.

////

5.      Franklin Credit Management's policy is that requests for a loan modification must be in writing. After a request is received we send an acknowledgement letter which contains a list of the documents Franklin needs to evaluate the modification

6.      As of 12/14/18 Franklin Credit Management has not received a request for a loan modification from the Debtor.

7.      Franklin Credit Management received a settlement offer from the debtor, but it was rejected. A true and Correct Copy of a letter sent to debtor rejecting the settlement offer is attached as "**Exhibit 1.**"

8.      That same settlement offer has been resubmitted and rejected multiple times.

9.      Franklin Credit Management has received numerous communications from the Debtor's son about the loan. Debtor's son has spoken to multiple people in our office about the loan.

10.     Debtor's son has been told that requests for loan modification need to be in writing.

////

////

////

////

////


11.     Recently Franklin received a fax from debtor's son. It contains approximately 35 pages of assorted documents, including some tax returns. According to a voice mail left for me by Debtor's son the fax should have approximately 200 pages of documents. Debtor's son was informed that only approximately 35 pages came through. Each time the fax is resent the same approximately 35 pages come through.

12. The fax does not contain the documents we need to evaluate Debtor for a loan modification. The fax also included a letter asking for a settlement. The letter did not request a loan modification.

13. The Debtor's son last called our office on December 12, 2018. We have attempted to reach out to him since that date to resolve these issues but he does not answer our calls and we are unable to leave a voicemail. We made contact with him today and again advised him that loan modification requests need to be in writing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __12/14/18__ (Date) __Jersey City__ (City), __NJ__ (State)

_____
Signature

_____
Print Name
Gina D'Elia

EXHIBIT "1"


FRANKLINCREDIT
MANAGEMENT CORPORATION®

101 Hudson Street, 25th Floor, Jersey City, NJ 07302
T 800-650-7162 • F 201-839-4565

08/13/2018

Margarito  Vazquez Sanchez
1287 Avenida Amistad
San Marcos, CA 92069

Account Number:       2001
Property Address: 1287 Avenida Amistad,  San Marcos, CA 92069

RE: Decline of Settlement Request

Dear Sir/Madam:

Pursuant to your request that Franklin Credit Management Corporation ("Franklin Credit") consider a Settlement of the above referenced account, we unfortunately must decline your request at this time for the following reasons: **(Only items marked off with an enclosed box [X] are needed /relevant)**

**Application submitted is missing the following required documentation:**

| | |
|---|---|
| [] | First Lien Payoff Letter |
| [] | Where funds are coming from |
| [] | Hardship letter detailing circumstances for requesting short sale showing offer |
| [] | Proof of Income |
| [] | Third Party Authorization Form |
| [x] | The offer to FCMC of $ 40,000.00 was considered too low |

Should you wish to submit another request or send additional required information, please fax to 201-839-4659 Attn: Settlement Department.  Please note due to a high volume of Settlement requests, only viable and complete offers will be reviewed for consideration.  Should we not hear from you within 10 days of this letter, we will assume you have withdrawn your request.

This letter does not constitute a hold or discontinuance of any action pending or being taken towards your account with Franklin Credit, and is only to formally advise you neither the Loss Mitigation Department nor Franklin Credit has approved any loan workout or alternative to foreclosure at this time.

Should you have any questions regarding this letter, please contact Loss Mitigation Department at 800-255-5897. We look forward to reaching a mutual agreement with you and your client.

Sincerely,

David Behler
AVP Delinquency Manager (NMLS ID 1009218)
Franklin Credit Management Corporation (NMLS ID 2102)

*101 Hudson Street   Jersey City, NJ 07302    T 800-650-7162    www.FranklinCredit.com*
*Tue., Thur. & Fri. 8:00AM to 5 PM, ET    Mon. & Wed. 8:00AM to 8 PM, ET*
*Revised 06/21/17*



FRANKLIN CREDIT
*Management Corporation*

101 Hudson Street • Jersey City, NJ 07302 • T 800-650-7162 • www.FranklinCredit.com
Tue. & Thur. 8:00AM to 5 PM, ET • Mon. & Wed. 8:00AM to 8 PM, ET • Fri. 8:00AM to 5:00PM, ET

## Additional Disclosures:

**California:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than you attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado:**
FOR INFORMATION ON THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communications will not prohibit the debt collector or collection agency from taking any other action authorized by law to collection the debt.
Franklin Credit Management Corporation
101 Hudson Street, 25th Floor
Jersey City, New Jersey 07302
(888) 811-4484

For Colorado Residence:
Franklin Credit Management Corporation
c/o Peter Lucas
Appel & Lucas, P.C.
1660 17th Street, Suite 200, Denver, CO 80202
(303) 297-9800

**Minnesota:**
This collection agency is licensed by the Minnesota Department of Commerce.

**North Carolina:**
COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO:
THE NORTH CAROLINA COMMISSIONER OF BANKS
4309 Mail Service Center
Raleigh, North Carolina 27699-4309

NC Collection Agency Permit # 102122

A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (888)384-3811. You may also visit online at www.nccob.gov.
Franklin Credit Management Corporation
101 Hudson Street, 25th Floor
Jersey City, New Jersey 07302
(888)811-4484

**Texas:**
COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO:
The Department of Savings and Mortgage Lending
2601 North Lamar, Suite 201
Austin, Texas 78705
A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5500

Franklin Credit Management Corporation
101 Hudson Street, 25th Floor
Jersey City, New Jersey 07302



**FRANKLIN CREDIT**
*Management Corporation*

101 Hudson Street • Jersey City, NJ 07302 • T 800-650-7162 • www.FranklinCredit.com
Tue. & Thur. 8:00AM to 5 PM, ET • Mon. & Wed. 8:00AM to 8 PM, ET • Fri. 8:00AM to 5:00PM, ET

**New York State:**
DEPARTMENT OF CONSUMER AFFAINEW YORK CITY RS LICENSE NUMBER: 1163777
You may file a complaint about your servicer with the New York State Department of Financial Services or obtain further information from the Department by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

Please direct all complaints and inquiries to:
Franklin Credit Management Corporation
Attn: Dispute Resolution Unit
101 Hudson Street, 25th Floor
Jersey City, New Jersey 07302

Or, you may call in at (888) 327-9900.

Additional information and assistance, including a list of approved, not-for-profit housing counselors, may be found at the Department of Financial Services website (www.dfs.ny.gov) or at the Division of Housing and Community Renewal website (www.nysdhcr.gov).

Housing Counselor Information: If you would like counseling or assistance, you can contact the following: U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

    (i) the use or threat of violence;
    (ii) the use of obscene or profane language; and
    (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

    1. Supplemental security income, (SSI);
    2. Social security;
    3. Public assistance (welfare);
    4. Spousal support, maintenance (alimony) or child support;
    5. Unemployment benefits;
    6. Disability benefits;
    7. Workers' compensation benefits;
    8. Public or private pensions;
    9. Veterans' benefits;
    10. Federal student loans, federal student grants, and federal work study funds; and
    11. Ninety percent of your wages or salary earned in the last sixty days.



**FRANKLIN CREDIT** *Management Corporation*  101 Hudson Street • Jersey City, NJ 07302 • T 800-650-7162 • www.FranklinCredit.com
Tue. & Thur. 8:00AM to 5 PM, ET • Mon. & Wed. 8:00AM to 8 PM, ET • Fri. 8:00AM to 5:00PM, ET

**Utah:**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.
**Statute of Limitations Disclosures:**

**New Mexico:**
We are required by New Mexico Attorney General Rule to notify you of the following information. This information is not legal advice:

This debt may be too old for you to be sued on it in court. If it is too old, you can't be required to pay it through a lawsuit.

You can renew the debt and start the time for the filing of a lawsuit against you to collect the debt if you do any of the following: make any payment of the debt; sign a paper in which you admit that you owe the debt or in which you make a new promise to pay; sign a paper in which you give up ("waive") your right to stop the debt collector from suing you in court to collect the debt.

**Massachusetts**
NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

1  Kristin A. Zilberstein, Esq. (SBN: 200041)
2  Jennifer R. Bergh, Esq. (SBN 305219)
   Adam P. Thursby, Esq. (SBN 318465)
3  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave
4  Santa Ana, CA 92705
   Ph:  (949) 427-2010
5  Fax: (949) 427-2732
6  athursby@ghidottilaw.com

7  Attorney for Secured Creditor
   Franklin Credit Management Corporation as servicer
8  for Deutsche Bank National Trust Company,
9  as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1

10              **UNITED STATES BANKRUPTCY COURT**

11             **SOUTHERN DISTRICT OF CALIFORNIA**

12                   **SAN DIEGO DIVISION**

13

14  In Re:                              )   CASE NO.:  18-01740-LA13
                                        )
15  **MARGARITO VASQUEZ SANCHEZ**       )   CHAPTER 13
                                        )
16       Debtor.                        )   RS No.: AT-1
                                        )
17                                      )
                                        )   **CERTIFICATE OF SERVICE**
18                                      )
                                        )
19                                      )
                                        )
20  _____  )

21               **CERTIFICATE OF SERVICE**

22       I am employed in the County of Orange, State of California.  I am over the age of

23  eighteen and not a party to the within action.  My business address is: 1920 Old Tustin

24  Avenue, Santa Ana, CA 92705.

25       I am readily familiar with the business's practice for collection and processing of

26  correspondence for mailing with the United States Postal Service; such correspondence would

27  be deposited with the United States Postal Service the same day of deposit in the ordinary

28  course of business.

On December 14, 2018, I served the following documents described as:

- **SUPPLIMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC SAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Margarito Vasquez Sanchez | David L. Skelton |
| 1287 Avenida Amistad | 525 B St., Suite 1430 |
| San Marcos, CA 92069 | San Diego, CA 92101-4507 |
| | |
| **Counsel for Debtor** | **U.S. Trustee** |
| David L. Speckman | United States Trustee |
| Speckman & Associates | Office of the U.S. Trustee |
| 1350 Columbia Street, Suite 503 | 880 Front Street, Suite 3230 |
| San Diego, CA 92101 | San Diego, CA 92101 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2018, at Santa Ana, California

*/s/ Steven P. Swartzell*
Steven P. Swartzell