| | |
|---|---|
| 1 | David L. Speckman, Esq., SBN 178180 |
| | **SPECKMAN LAW FIRM** |
| 2 | 1350 Columbia Street, Suite 503 |
| | SpeckmanAndAssociates@gmail.com |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 696-5151 |
| 4 | Facsimile: (619) 696-5196 |

Attorney for Debtor MARGARITO VASQUEZ SANCHEZ

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 18-01740-LA13 |
| MARGARITO VASQUEZ SANCHEZ, | Chapter 13 |
| Debtor | DECLARATION OF OZZY OKUDAN IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY FRANKLIN CREDIT MANAGEMENT CORPORATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY |
| | DATE: December 20, 2018 |
| | TIME: 2:00 PM |
| | DEPT.: 2 |

I, Ozzy Okund, do declare as follows:

1. All facts set forth herein are true of my personal knowledge. If called as a witness, I could and would competently testify hereto.

2. I have been working with Debtor for that last two months in regard to a loan modification.

3. I have submitted all the documents as requested by the bank and awaiting final bank approval.

/ / /

/ / /

4. The bank has instructed that all documentation for this modification is sent via the USPS and not via facsimile or via email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20TH day of December, 2018 at San Diego, California.

_____
OZZY OKUND