# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

*Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | MARGARITO VASQUEZ SANCHEZ |
| **Case Number:** | 18-01740-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 20, 2018 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

*Matters:*

1) MOTION FOR RELIEF FROM STAY, RS # AT-1 .00 FILED BY KRISTIN A. ZILBERSTEIN ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN. FILED BY MICHELLE GHIDOTTI ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY (fr 12/12/18)

*Appearances:*

ZACHARY SHOEMAKER, ATTORNEY FOR MARGARITO VASQUEZ SANCHEZ
RICHARD STEVENON, ATTORNEY FOR TRUSTEE, DAVID SKELTON
RUSSEL LITTLE, ATTORNEY FOR DEUTSCHE BANK

*Disposition:*

1) Tentative Ruling of the Court is affirmed. No waiver of the 14 day stay.

2) Plan is denied confirmation and the case is dismissed.

Movant to submit two orders.